UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CAMEO GARRETT,<br><br>        Plaintiff,<br><br>  vs.<br><br>CITY OF WENATCHEE,<br><br>        Defendant. | NO.  CV-10-0293-LRS<br><br>ORDER OF DISMISSAL |

On March 7, 2011, the court entered an "Order Denying Plaintiff's Ex Parte Motion for Emergency Restraining Order," (ECF No. 8). In that order, the court directed Plaintiff to file a Complaint by April 11, 2011. Plaintiff has failed to file such Complaint and it appears there is no current, accurate mailing address on file for this pro se Plaintiff.

Accordingly, **IT IS ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order and forward a copy to Plaintiff.

DATED this 9th day of June, 2011.

*s/Lonny R. Suko*

_____
           LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1